**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

Thomas G. Bruton
CLERK

RE:   Dorn et al v. Volkswagen Group of America, Inc.
MDL No.     2672
USDC Case No. 15 C 8286

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 12/9/15

- Was electronically transmitted to: Northern District of California

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By:      Melissa Astell
         Deputy Clerk

New Case No. _____          Date _____